[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

FILED
2015 DEC -1 PM 4:48
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Case Number **CR15-0662**
U.S.A. v. **RENALDO NEGELE**
[✓] Indictment  [ ] Information

Defendant Number **10**
Year of Birth **1963**
Investigative agency (FBI, DEA, etc.) **FBI/IRS**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense **multiple**
c. County in which first offense occurred
**Los Angeles**
d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
[✓] Los Angeles    [ ] Ventura
[✓] Orange         [ ] Santa Barbara
[ ] Riverside      [ ] San Luis Obispo
[ ] San Bernardino [ ] Other

Citation of Offense **18 U.S.C. Sec 1962(d), 1956(h), (a)(1)(B), (a)(3)(B), (a)(3)(C), 2(a), (b), 18 U.S.C. 1512; 31 U.S.C. 5324(a)(2)**

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? [✓] No  [ ] Yes

IF YES Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** U.S. v. Jian Sheng Tan, et al., CR 14-702; U.S. v. Tsung Wen Hung, et al., CR 15-103

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: **N/A**
Case Number _____
Charging _____

The complaint:  [ ] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide, Name: _____
Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[✓] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[✓] Yes*  [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No
This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number _____
The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____
Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☑ YES  ☐ NO
IF YES, list language and/or dialect:
German

**OTHER**
☑ Male   ☐ Female
☐ U.S. Citizen   ☑ Alien
Alias Name(s) _____

This defendant is charged in:   ☐ All counts
☑ Only counts: 11
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:
☐ financial institution fraud   ☐ public corruption
☐ government fraud             ☐ tax offenses
☐ environmental issues          ☐ mail/wire fraud
☐ narcotics offenses            ☐ immigration offenses
☐ violent crimes/firearms       ☐ corporate fraud
☑ Other   money laundering

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☐ No
d. Is on bail or release from another district:
_____

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:
_____

d. ☐ Solely on this charge. Date and time of arrest:
_____

e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges::   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ___ 20   ___ 21   ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   11/30/2015

Signature of Assistant U.S. Attorney
Karen I. Meyer
Print Name