FILED
2015 DEC -1  PM 4:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    PLAINTIFF<br>v.<br><br>TU CHAU LU,<br>  aka "William Lu,"<br>  aka "Bill Lu,"<br>  aka "Bill,"<br>  aka "Uncle Bill,"<br>TSUNG WEN HUNG,<br>  aka "Peter Hung,"<br>  aka "Peter,"<br>EDWARD KIM,<br>  aka "Eddie,"<br>JOHN EDMUNDSON,<br>PABLO HERNANDEZ,<br>EMILIO HERRERA,<br>MINA CHAU,<br>BEN HO,<br>TOM HUYNH,<br>  aka "The Fat Guy,"<br>RENALDO NEGELE,<br>JACK NGUYEN,<br>LUIS KRUEGER,<br>LI JESSICA WEI,<br>  aka "Wei Jessica Li,"<br>  aka "Ji Li Wei,"<br>  aka "Wei Ji Li,"<br>  aka "Jenny,"<br>DU TRUONG NGUYEN,<br>  aka "Andrew,"<br>RICHARD CHEUNG,<br>  aka "Richard Cheang," and<br>LIEN TRAN,<br>,<br>       DEFENDANT(S) | CASE NUMBER<br><br>CR No.  **CR15-0662**<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Jian Sheng Tan, et al.</u>, Case No. CR 14-702, and <u>United States v. Tsung Wen Hung, et al.</u> CR 15-103, which:

_____   was previously assigned to the Honorable NAME;

  X     has not been previously assigned.

The above-entitled cases may be related for the following reasons:

  X     the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

  X     the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: December 1, 2015

*/s/ Karen I. Meyer*
Karen I. Meyer
Assistant United States Attorney