# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 15-662 ODW | Date: March 7, 2016 |

Present: The Honorable **Michael R. Wilner**

Interpreter: None

| Veronica McKamie | None | Karen I. Meyer - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Emilio Herrera | Not | | X | Antonio F. Yoon | Not | | X |

**Proceedings:**   **ORDER DENYING BAIL REQUEST**

1. For the reasons stated at the recent hearing, Defendant's request for bond is DENIED without prejudice. The defense may submit future bail applications to Judge Mumm for consideration.

2. In any such submission, the parties should provide the Court with detailed information regarding Mr. Herrera's diagnosis, prognosis, and treatment plans. Also, the defense must provide any medical information and putative surety information to Pretrial Services well in advance of any hearing to allow the agency to make a recommendation to the Court.